# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PINKTOE TARANTULA LIMITED, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10344 (LSS)<br><br>Jointly Administered |
| PINKTOE LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE OLYMPIA DELLAL,<br><br>Defendant. | Adv. Pro. No. 20-50597 (LSS) |

## ORDER

For the reasons set forth in my Memorandum of even date,

**IT IS HEREBY ORDERED** that:

1. Charlotte Olympia Dellal's Motion to Dismiss Adversary Proceeding [Adv. Docket No. 8] is **GRANTED** without prejudice.

2. Plaintiff's request for leave to amend is **GRANTED**.

3. Plaintiff shall file an amended complaint within forty-five (45) days of entry of this Order.

Dated: April 14, 2023

_____
Laurie Selber Silverstein
United States Bankruptcy Judge